

The Honorable Judge J P Stadtmueller
United States District Court
517 E. Wisconsin Ave. Rm. 471
Milwaukee, WI 53202


RE: *Megan Fox v. Wauwatosa School Board of Education*
　　Case No.: 2:23-cv-00437-JPS
　　Status Update


Dear Judge Stadtmueller,

　　In accordance with the Court's August 16, 2023 Order directing the parties to submit a joint Rule 26(f) report or otherwise advise the Court of the status of this case, counsel for the parties hereby submit the following update.

　　Counsel for the parties jointly advise the Court that the parties are in the process of ongoing settlement negations. Counsel anticipate that a settlement may be finalized by the end of the month and that the case may be closed shortly thereafter.

　　In light of an impending settlement and in the interest of conserving judicial resources, the parties suggest that the filing of the Rule 26(f) report be put on hold pending resolution of current negotiations.


Respectfully submitted,


BARNES LAW LLP　　　　　　　　　　　　　　　AXLEY BRYNELSON LLP


*/s/ Lexis Anderson*　　　　　　　　　　　　　　　*/s/ Danielle Tierney*
Lexis Anderson　　　　　　　　　　　　　　　　　Danielle Baudhuin Tierney
Robert E Barnes　　　　　　　　　　　　　　　　　Lori M Lubinsky
Barnes Law　　　　　　　　　　　　　　　　　　　Manchester Place
700 S. Flower Street, Suite 1000　　　　　　　　　2 E Mifflin St, Suite 200
Los Angeles, CA 90017　　　　　　　　　　　　　PO Box 1767

1

310-510-6211
Fax: 310-510-6225
lexisanderson@barneslawllp.com
robertbarnes@barneslawllp.com

Madison, WI 53703
608-257-5661
Fax: 608-257-5444
dtierney@axley.com
llubinsky@axley.com

*Attorneys for Plaintiff*

*Attorneys for Defendant*